IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 21-CR-30174-DWD |
| ) | |
| FORTINO MEDINA-SOLANO, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Daniel T. Kapsak, Assistant United States Attorney for said District, herewith enter into the following Stipulation of Facts with the Defendant:

1. The Defendant is a foreign national. The Defendant's country of origin is Mexico.

2. On March 14, 2018, the Defendant was deported from the United States to the country of Mexico.

3. On October 28, 2021, the Defendant was located and arrested in Madison County, Illinois, which is in the Southern District of Illinois.

4. Prior to October 28, 2021, the Defendant did not receive consent of the Attorney General of the United States or of the Director of Homeland Security to reapply for admission to the United States.

5. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty plea and is not necessarily an exhaustive account of the Defendant's criminal activity.

STEVEN D. WEINHOEFT<br>
United States Attorney

_____
FORTINO MEDINA-SOLANO
Defendant

_____
DANIEL G. CRONIN
Attorney for Defendant

Date: 2/7/22

_____
DANIEL T. KAPSAK
Assistant United States Attorney

Date: 2/7/22

2